DAVID WATTS v. THE BOARD OF COMMISSIONERS OF WICHITA COUNTY *et al.*

WATTS, as an elector, brought suit in the district court of Wichita county against the board of commissioners of said county, to restrain the issue of railway-aid bonds voted to the defendant railroad company. The court required the plaintiff to make the company a party defendant, and the record shows an amended petition filed by the plaintiff, in which the company was made a defendant. The company resisted the application of the plaintiff for a temporary injunction, and afterward by leave of court filed a general demurrer to the amended petition. On March 6, 1889, this demurrer was heard, and sustained. This order the plaintiff brought here for review. The opinion herein was filed at the session of the court in September, 1889.

*Malcolm Nicolson,* for plaintiff in error.

*Geo. R. Peck, A. A. Hurd,* and *Robt. Dunlap,* for defendant in error the C. K. & W. Rld. Co.

*Per Curiam:* It was decided in *C. K. & W. Rld. Co. v. Evans,* ante, p. 94, 21 Pac. Rep. 216, that —

"The plaintiff must conform strictly with the provisions of the statute, and cannot bring anyone in as a defendant, or proceed against any person, other than the officers named in the statute; nor can any matter be litigated in such special proceeding except the mere question of contesting the validity of such election."

Under that authority, the order and judgment of the district court must be affirmed.